



CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 JAN -9 PM 12: 04
BY _____ PROCESSING DEPUTY

# COURT OF CRIMINAL APPEALS

## MANDATE RECEIPT ACKNOWLEDGEMENT

Case Number PD-1215-13

MOON, CAMERON

COA No. 01-10-00341-CR   Tr. Ct. No. 1196446

Harris County, 178th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, __Lisa Arriaga__,
hereby acknowledge receipt of the mandate of the Court of Criminal
Appeals on __1-9-15__ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**